ILIODOR PICTURE CORPORATION, Respondent, v. BENJAMIN BLUMENTHAL and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.; Dowling, J., dissenting.

JOSEPH P. CARROLL, Respondent, v. JOHN T. CLARKE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

WILLIAM F. McCOMBS and Others, Copartners, etc., Respondents, v. RICHARD ELKINS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

DENA WEBER, as Administratrix, etc., of ALBERT WEBER, Deceased, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

JAMES A. BOLTON, Appellant, v. SHAUGHNESSY CONSTRUCTION COMPANY, a Domestic Corporation, Impleaded with GLOBE INDEMNITY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

D. L. & W., INC., Respondent, v. BENJAMIN ARONOWITZ, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

MORRIS SHAPIRO, as Administrator, etc., of NATHAN SHAPIRO, Deceased, Appellant, v. PAUL CHOPACK, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

DETTE F. PETZE, Appellant, v. DAVID H. KNOTT, as Sheriff of the County of New York, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

FIRST NATIONAL BANK OF PHILADELPHIA, PENNSYLVANIA, Appellant, v. THE NATIONAL PARK BANK OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

LESTER M. FRIEDMAN, Respondent, v. STEPHEN A. MACHCINSKI, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

LOUIS SEILER and Another, Appellants, v. DAVID M. KAHN and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEATRICE COOPER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.